

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2015

No. 04-15-00514-CV

**SELECT BUILDING SYSTEMS, INC.** and Tri-Bar Ranch Company, Ltd.,
Appellants

v.

**ROBERTSON ELECTRIC, INC.**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 13-212
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The District Clerk's Notification of Late Record is this date NOTED. Time is extended to October 26, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

Jimmie Lee J. Brown Jr.
3102 Cherry Creek Drive
Missouri City, TX 77459

Colbie Brazell Hale
1700 Pacific Avenue, Suite 3800
Dallas, TX 75201

Susan Jackson, District Clerk
201 E. San Antonio Street, suite 201
Boerne, TX 78006

John W. Slates
1700 Pacific Avenue, Suite 3800
Dallas, TX 75201

Samuel V. Houston, III
4040 Broadway Street, Suite 440
San Antonio, TX 78209

Thomas C. Clark
12222 Merit Drive, Suite 340
Dallas, TX 75251

Tami L. Wolff, Official Court Reporter
Kendall County Courthouse
201 E. San Antonio Street, Suite 212
Boerne, TX 78006